**UNITED STATES of America,
Appellee,**

v.

**Jessica MARTINEZ, Appellant.**

No. 07–1268.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 4, 2007.

Filed: Dec. 20, 2007.

Susan T. Lehr, Assistant U.S. Attorney, Omaha, NE, for Appellee.

Jessica Martinez, Bruceton Mills, WV, pro se.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Jessica Martinez pleaded guilty to conspiring to distribute and possess with intent to distribute at least 500 grams of a methamphetamine mixture in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, which subjected her to a 10–year minimum prison term. At sentencing, the district court[1] determined an advisory Guidelines imprisonment range of 120–121 months (because of the mandatory minimum sentence), granted the government's motion to reduce her sentence based on substantial assistance pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), and sentenced Martinez to 90 months in prison. On appeal, Martinez's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that, in light of the assistance Martinez provided, the reduction under the departure motion should have been greater. Absent evidence of an unconstitutional motive, however, Martinez's displeasure with the extent of the district court's reduction under § 3553(e) is not reviewable. *United States v. Dalton*, 478 F.3d 879, 881–82 (8th Cir.2007). Further, after reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

[1]. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.